# Third District Court of Appeal

## State of Florida

Opinion filed February 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0035
Lower Tribunal No. 23-17354
_____

## Transcad Corp.,
Appellant,

vs.

## VCB International Logistic, LLC,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Caiaffa Law P.A., and Humberto Caiaffa, for appellant.

Barakat + Bossa, PLLC, and Angelique Gulla and Giacomo Bossa, for appellee.

Before LOGUE, C.J., and EMAS and SCALES, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Realaza Motors, Inc. v. Alvarez</u>, 394 So. 3d 722, 725 (Fla. 3d DCA 2024) ("'Excusable neglect is found where inaction results from clerical or secretarial error, reasonable misunderstanding, a system gone awry or any other of the foibles to which human nature is heir.' But excusable neglect doesn't result from a misunderstanding of a party's legal obligations." (quoting <u>Zuchaer v, Peninsula Condo. Ass'n</u>, 348 So. 3d 1201, 1204 (Fla. 3d DCA 2022))).